THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT
 SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS
 PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Mary Frances
 Newton and Timothy Robert Newton, Respondents,
 v.
 South Carolina
 Department of Transportation, Appellant.
 
 
 

Appeal From Lexington County
A. Victor Rawl, Circuit Court Judge
Unpublished Opinion No. 2008-UP-008
Submitted December 1, 2007  Filed January
 4, 2008
DISMISSED 

 
 
 
 Frank B. McMaster and John Gregg McMaster, both of Columbia, for Appellant.
 Stephen B. Samuels, of Columbia, for Respondents.
 
 
 

PER CURIAM:  The South Carolina Department of Transportation
 (SCDOT) appeals from the circuit courts order denying its motion to amend its
 previously amended answer.  We dismiss without prejudice to a right to appeal
 from a final judgment, pursuant to Rule 220(b)(2) SCACR, and the following
 authorities: Toal, Vafai, and Muckenfuss, Appellate Practice in South Carolina
 83 (2d ed. 2002) ([A]
 fundamental rule of appellate procedure [is] a judgment or order must be final
 before it can be appealed.); Briggs v. Richardson, 273 S.C. 376, 379, 256
 S.E.2d 544, 546 (1979) (noting an order allowing amendment of a pleading is not
 final and is not immediately appealable); Baldwin Constr. Co. v. Graham, 357 S.C. 227, 230, 593 S.E.2d 146, 147
 (2004) (We decide, then, whether an order denying a motion to amend an answer
 is immediately appealable under S.C. Code Ann. § 14-3-330. . . .  Petitioners
 have not arrived at the end of the road and will be able to appeal the decision
 after the trial is finished.).  Because this appeal arises from an
 interlocutory order that is not immediately appealable, the appeal is
DISMISSED. [1]
HEARN,
 C.J., and KITTREDGE and THOMAS, JJ., concur. 

[1]  We decide this case without oral argument pursuant
 to Rule 215, SCACR.